UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 17-80243-CV-MIDDLEBROOKS/LYNCH**

PALM PARTNERS, LLC,
a Florida Limited Liability Company,

      Plaintiffs,

v.

PALM RECOVERY, LLC,
a Florida Limited Liability Company,
and BARRY A. GINSBERG, an individual,

      Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT AND
MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff PALM PARTNERS, LLC ("Palm Partners" or "Plaintiff") and Defendant PALM RECOVERY, LLC ("Palm Recovery") and BARRY A. GINSBERG ("Ginsberg") (both Palm Recovery and Ginsberg collectively referred to as "Defendants") (collectively, the "Parties"), hereby notify the Court that the issues in this litigation have been settled, and pursuant to Fed. R. Civ. P. 41(a)(2) hereby move for voluntary dismissal with prejudice. In support, the Parties state:

    1.    The Parties have amicably resolved all pending claims, counterclaims and third party claims regarding the above captioned matters via a written settlement agreement.

    2.    The Parties request that the Court retain jurisdiction regarding enforcement of the settlement agreement reached by the Parties.

    3.    Each Party has agreed to bear their own costs and attorneys fees in this matter.

WHEREFORE, Parties hereby respectfully request that the Court dismiss all claims, counterclaims and third party-counterclaims among the Parties, thereby concluding this case.

Respectfully submitted this April 17, 2017.

| | |
|---|---|
| */s/ Robert H. Thornburg* | */s/ Joseph R. Englander* |
| Robert H. Thornburg | Joseph R. Englander |
| Florida Bar No. 630829 | Florida Bar No. 935565 |
| E-Mail: rthornburg@allendyer.com | E-Mail: jenglander@pch-iplaw.com |
| Cameron C. Murphy | PERETZ, CHESAL & HERRMANN, PL |
| Florida Bar No. 125086 | 2 S. Biscayne Blvd., Suite 3700 |
| E-Mail: cmurphy@ allendyer.com | Miami, FL  33131 |
| ALLEN, DYER, DOPPELT, | Telephone:    (305) 341-3000 |
| & GILCHRIST, P.A. | Facsimile:     (305) 371-6807 |
| 1221 Brickell Ave., Suite 2400 | |
| Miami, FL  33131 | |
| Telephone:    (305) 374-8303 | |
| Facsimile:     (305) 374-8306 | |
| | |
| *Counsel for Palm Partners LLC* | *Counsel for Palm Recovery, LLC and Barry A. Ginsberg* |

2